# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL E. BALLARD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **Civil Action No. 11-1327 (ESH)** |
| **BRANCH BANKING AND** ) | |
| **TRUST COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion [Dkt. No. 23], it is hereby

**ORDERED** that plaintiff's motion for class certification [Dkt. No. 17] is **DENIED**; and it is further

**ORDERED** that defendant's motion for an oral hearing [Dkt. No. 22] is **DENIED** as moot.

.

                    /s/
                ELLEN SEGAL HUVELLE
                United States District Judge

Date: June 11, 2012